UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1701 RHK/SRN

PATRICK A. O'DOUGHERTY,

Plaintiff,

v.

BUREAU OF THE CENSUS,

Defendant.

**ORDER**

Upon application of Defendant United States Secretary of Commerce, Bureau of the Census, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant United States Secretary of Commerce, Bureau of the Census shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to September 22, 2000.

Dated: July 27, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JUL 28 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK