**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PATRICK A. O'DOUGHERTY

Plaintiff,

vs. CV 00-1701 RHK/SRN

BUREAU OF CENSUS,

Defendant.

**NOTICE OF MOTION HEARING**

Defendant's Motion to Dismiss has been re-scheduled to Thursday, May 24, 2001, at 8:30 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

May 3, 2001

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED MAY 03 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK